# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHERECE SUMMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVER OAKS HEALTHCARE & REHABILITATION CENTER, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2020 CV 04110 |

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees, costs, and expenses.

Dated: October 26, 2020

Respectfully submitted,

*/s/ Brandon Wise*

One of the Attorneys for Plaintiff Sherece Summers

Attorneys for Plaintiff:

Brandon M. Wise
Paul A. Lesko
PEIFFER WOLF CARR & KANE, APLC
818 Lafayette Avenue, Floor 2
St. Louis, MO 63104
314.833.4825
bwise@pwcklegal.com
plesko@pwcklegal.com

   */s/ Jody Kahn Mason*

One of the Attorneys for Defendant
River Oaks Healthcare & Rehabilitation Center, LLC

Attorneys for Defendant:

Jody Kahn Mason
Jason A. Selvey
Katherine H. Oblak
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
312.787.4949
Jody.Mason@jacksonlewis.com
Jason.Selvery@jacksonlewis.com
Katherine.Oblak@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on October 26, 2020, she caused a true and correct copy of the foregoing **Stipulation of Dismissal** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

*/s/ Jody Kahn Mason*
Counsel for Defendant