# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sherece Summers

                                                Plaintiff,

v.                                                   Case No.: 1:20–cv–04110

                                                  Honorable Steven C. Seeger

River Oaks Healthcare & Rehabilitation Center, LLC

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Based upon the filed Stipulation of Dismissal (Dckt. No. [19]), this case is dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.